UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

MELISSA FENDLEY,

    Plaintiff,

vs.                                    CASE NO: 5:20-CV-01528-MHH

JOHNNY'S BAR-B-Q, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Melissa Fendley and Defendant, Johnny's Bar-B-Q, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 4th day of ~~December~~ Jan, 2021.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

Howard K. Glick, Esq.
Simpson, McMahan, Glick & Burford, PLLC
100 Concourse Parkway,
310 West Tower
Hoover, AL 35244
Telephone:   205.876.1606

1

By: _____
Edward I. Zwilling

Email: hkglick@smgblawyers.com

By: _____
Howard K. Glick