# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** | } |
| | } |
|     **Plaintiff,** | } |
| | }    **Case No.: 5:20-cv-01528-MHH** |
| **v.** | } |
| | } |
| **JOHNNY'S BAR-B-Q, INC.,** | } |
| | } |
|     **Defendant.** | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice. (Doc. 7). The Court **ORDERS** that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 5, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE